DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES FOSTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2855

_____

September 15, 2021

Appeal from the Circuit Court for Polk County; Michael P.
McDaniel, Judge.

James Foster, pro se.

Ashley Moody, Attorney General, Tallahassee, and Katherine
Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.